IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.: 3:06CR174-19<br>Judge Thomas M. Rose |
| v. | : | |
| DOUGLAS SNOW, | : | |
| Defendant. | : | |

**FINAL ORDER OF FORFEITURE OF DEFENDANT DOUGLAS SNOW'S ASSETS:
1965 PONTIAC GTO VIN#237375P343727; BANK ONE ACCOUNT #725512880;
AND BANK ONE ACCOUNT #60C387226**

WHEREAS, on April 3, 2009, this Court entered a Preliminary Order of Forfeiture, ordering the forfeiture pursuant to 21 U.S.C. §853 of the following property:

A.  1965 Pontiac GTO VIN#237375P343727,

B.  Account at Bank One, Account #****2880, in the name of DOUGLAS SNOW, in the amount of $1,908.09,

C.  Account at Bank One, Account #****7226, in the name of DOUGLAS SNOW, in the amount of $2,800.34; and

WHEREAS, the United States published notice of this forfeiture action and the intent of the United States to dispose of the property in accordance with law, and further notified all parties of their right to petition the Court for a hearing to adjudicate the validity of their alleged interest in the property, beginning on May 29, 2009 and continuing for at least thirty (30) consecutive days, on the www.forfeiture.gov website, in compliance with the Preliminary Order of Forfeiture; and

WHEREAS, the United States sent direct written notice, to any person who reasonably

appears to be a potential claimant with standing to contest the forfeiture of the property in an ancillary proceeding, in compliance with the Preliminary Order of Forfeiture; and

WHEREAS, no timely claim has been filed to the property listed above; and

WHEREAS, the Court finds that defendant had an interest in the property; the United States has established the requisite nexus between the property and the offense; and the United States has established that the property is subject to forfeiture pursuant to 21 U.S.C. §853;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Preliminary Order of Forfeiture entered in this action on April 3, 2009, ordering the forfeiture of the following property pursuant to 21 U.S.C. §853 is final, and all right, title and interest to the following property is hereby condemned, forfeited and vested in the United States of America, and the custodian of the property is hereby authorized to dispose of the property in accordance with the law:

- A.    1965 Pontiac GTO VIN#237375P343727,

- B.    Account at Bank One, Account #****2880, in the name of DOUGLAS SNOW, in the amount of $1,908.09,

- C.    Account at Bank One, Account #****7226, in the name of DOUGLAS SNOW, in the amount of $2,800.34; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States has clear title to the property described above; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED:

Dated: July 30, 2009                              *S/THOMAS M. ROSE

                                                  _____
                                                  HONORABLE THOMAS M. ROSE
                                                  UNITED STATES DISTRICT COURT JUDGE